```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 05463
   JOSEPHINE DAVIS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4353


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/12/2006 and was confirmed 09/01/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/25/2007.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
CITIFINANCIAL MORTAGE CO  CURRENT MORTG         .00              .00           .00
CITIFINANCIAL MORTAGE CO  MORTGAGE ARRE     15328.55             .00       3128.79
CFC FINANCIAL             UNSEC W/INTER  NOT FILED               .00           .00
DEBT CREDIT SERVICES      UNSEC W/INTER  NOT FILED               .00           .00
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER  NOT FILED               .00           .00
MRSI                      UNSEC W/INTER  NOT FILED               .00           .00
NCO FINANCIAL SYSTEMS     UNSEC W/INTER  NOT FILED               .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER      4996.02             .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER  NOT FILED               .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER  NOT FILED               .00           .00
PROFCRDSVS                UNSEC W/INTER  NOT FILED               .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED               .00           .00
BENNIE W FERNANDEZ        DEBTOR ATTY       2,324.00                       2,324.00
TOM VAUGHN                TRUSTEE                                            323.53
DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  5,776.32

PRIORITY                                              .00
SECURED                                          3,128.79
UNSECURED                                             .00
ADMINISTRATIVE                                   2,324.00
TRUSTEE COMPENSATION                               323.53
DEBTOR REFUND                                         .00
                        --------------       --------------
TOTALS                   5,776.32                5,776.32


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05463 JOSEPHINE DAVIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE